UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | |
| USPS EXPRESS MAIL 2 DAY | ) | |
| EL288241579US | ) | 3:16-mj- 39 -MPB |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Pamela S. Domash, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel in the above referenced matter.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: _____
Pamela S. Domash
Assistant United States Attorney